JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAMES L. WILLIAMS, | Case No. CV 08-05107 JSL (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| BEN CURRY, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: __August 27__, 2008 _____

Spencer Letts

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY